**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ANTHONY DAHIR GALEA-BRICENO, | ) | |
| | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-26-0652-HE |
| | ) | |
| WARDEN DR. SCARLET GRANT, *et al.*, | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

## JUDGMENT

In accordance with the order entered this date, the petition for writ of habeas corpus under 28 U.S.C. § 2241 is granted in part.

**IT IS SO ORDERED**.

Dated this 30th day of April, 2026.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE